# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | ED CV 18-1806 CAS (MRW) | Date | October 29, 2018 |
|---|---|---|---|
| Title | Gurpreet Singh v. Nielsen et al | | |

Present: The Honorable **Michael R. Wilner**

| Veronica Piper | None |
|---|---|
| Deputy Clerk | Court Smart / Reporter |
| Attorneys Present for Petitioner: | Attorneys Present for Respondent: |
| None Present | None Present |

**Proceedings:** (IN CHAMBERS) ORDER RE: DISMISSAL

Petitioner filed a notice dismissing the petition. (Docket # 10.) This action is dismissed without prejudice.